FILED

04/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0322

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0322

_____

TYLER JACK SNIDER,

　　　Petitioner and Appellant,

　v.　　　　　　　　　　　　　　　　　　　O R D E R

STATE OF MONTANA,

　　　Respondent and Appellee.

_____

　　　Appellant Tyler Jack Snider, by counsel, has filed a motion for extension of time to file his reply brief.

　　　IT IS ORDERED that Appellant's motion for extension of time is GRANTED. Appellant has until May 14, 2021, within which to file his reply brief.

　　　No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2021